## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MONTE ETHERIDGE** | Case 2:14-cv-02230 |
|     **Plaintiff,** | |
| vs. | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |
| **TRINTY-HOPE ASSOCIATES, LLC,** | |
|     **Defendant.** | |

    **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                         Respectfully submitted,

Dated: <u>August 4, 2014</u>                        By: <u>/s/ J. Mark Meinhardt</u>
                                                            J. Mark Meinhardt, # 20245
                                                            1 E. Washington St. Ste. 500
                                                            Phoenix, AZ 85004
                                                            Telephone:    (913) 827-1950
                                                            Email:    meinhardtlaw@gmail.com
                                                            **ATTORNEY FOR PLAINTIFF**